UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ELIZABETH SPIVEY-JOHNSON,**
**a/k/a ELIZABETH J. PENDERGAST,**

                Plaintiff,

                                              Case No. 05-C-51

      **-vs-**

**WE ENERGIES,**

                Defendant.

---

## ORDER

---

        Plaintiff, Elizabeth Spivey-Johnson ("Spivey-Johnson") and Defendant WE Energies ("WE") have settled their dispute pursuant to the terms and conditions of a Confidential Settlement Agreement.

        IT IS HEREBY ORDERED THAT all of Spivey-Johnson's claims against WE are dismissed with prejudice and without cost to either party.

        Dated at Milwaukee, Wisconsin, this 19th day of July, 2007.

                                                  **SO ORDERED,**

                                                  **s/ Rudolph T. Randa**
                                                  **HON. RUDOLPH T. RANDA**
                                                  **Chief Judge**